IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

OSVALDO L. GONZALEZ REYES
OSMARIE CASTRODAD FERNANDEZ
DEBTOR(S)

CASE NO 11-02427-SEK

CHAPTER 13

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COME, **OSVALDO L. GONZALEZ REYES** and **OSMARIE CASTRODAD FERNANDEZ**, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors are hereby submitting an amended Plan dated May 19, 2011, herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to increase the Plan base to cure the "insufficiently funded".

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Osvaldo L. Gonzalez Reyes and Osmarie Castrodad Fernandez; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 19th day of May, 2011.

/s/ *Roberto Figueroa-Carrasquillo*
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **11-02427-13**

**GONZALEZ REYES, OSVALDO LUIS & CASTRODAD FERNANDEZ, OSMARIE**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **5/19/2011**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **12** = $ **3,600.00**
$ **360.00** x **48** = $ **17,280.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **20,880.00**

Additional Payments:
$ **6,000.00** to be paid as a LUMP SUM within **1 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **26,880.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ OSVALDO LUIS GONZALEZ REYES**
Debtor

**/s/ OSMARIE CASTRODAD FERNANDEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. **BANCO POPULAR D** Cr. ___
# **71010018725559**  # **Post-Petition5559**  # ___
$ **13,313.84**  $ **1,122.05**  $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**PV-$5,394.00**
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** ___ Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

GONZALEZ REYES, OSVALDO LUIS
RR 03 BOX 6630
CIDRA, PR  00739

RG PREMIER BANK
PO BOX 5147
SIOUX FALLS, SD  57117-5147

CASTRODAD FERNANDEZ, OSMARIE
RR03 BOX 6630
CIDRA, PR  00739

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ  07101-1270

BANCO POPULAR DE PR
PO BOX 363228
SAN JUAN, PR  00936-3228

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR  00936-4445

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ  85072-3132

COLLECTION ADVISEMENT ASSOC
120 ROAD 876
TRUJILLO ALTO, PR  00976

MARTINEZ & TORRES LAW OFFICES
PO BOX 192938
SAN JUAN, PR  00919-2938